[No. 34032-5-III. Division Three. May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD LEON NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-1-01197-6, Michael G. McCarthy, J., entered January 22, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J.; Pennell, J., concurring separately.

[No. 34200-0-III. Division Three. May 2, 2017.]

*In the Matter of the Estate of* MARIA G. PRIMIANI.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-4-00097-9, Annette S. Plese, J., entered March 10, 2016. *Affirmed in part* and *remanded* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 34371-5-III. Division Three. May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE OTTO RUNGE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-04005-8, Maryann C. Moreno, J., entered April 11, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 34398-7-III. Division Three. May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT HOWARD GREGER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-03667-1, Maryann C. Moreno, J., entered April 18, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Siddoway, J.